JUDGE: LEIGHTON

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR06-5503RBL |
| vs. | ) | |
| | ) | ORDER CONTINUING |
| ALAN C. BERBERICH, | ) | PRETRIAL MOTIONS CUTOFF |
| | ) | DATE |
| Defendant. | ) | |

The Defendant, ALAN C. BERBERICH, by and through his attorney of record, RONALD D. NESS, is requesting that the pre-trial motions cutoff date currently set for September 5, 2006, be continued two weeks to September 19, 2006, and such a continuance is necessary for effective case preparation and would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

**IT IS HEREBY, ORDERED** that the pre-trial motions cutoff date is continued from September 5, 2006 to September 19, 2006.

**DONE IN OPEN COURT** this 5th day of September, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER
CONTINUING PRE-TRIAL
MOTIONS CUTOFF DATE.....1

Presented by:


/s/ RONALD D. NESS
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

Approved telephonically by:

/s/ YE-TING WOO
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record. I hereby certify that I have served the attorney(s) or record, if any, that are not CM/ECF participants via telefax.

/s/ LINDA L. MALCOM
Legal Assistant
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: lmalcom@nesslaw.com