JUDGE: LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR06-5503RBL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER SEALING DOCUMENT |
| ALAN C. BERBERICH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** having come on upon the motion of defendant's counsel for Order Sealing Document, considering the records and files herein, and having heard argument of counsel, and being advised in the premises, now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Defense Sentencing Memorandum is hereby sealed.

**DONE IN OPEN COURT** this 28th day of February, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENT.. 1

Submitted by:

/s/ RONALD D. NESS
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

ORDER SEALING DOCUMENT.. 2